RECEIVED
JAN 3 0 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY

(Rev. 5/1/13)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
_____ DIVISION

no $ paid

Zenas Fruge
_____
Plaintiff

Prisoner # 18872

VS.

Larry Cox
_____
Defendant

Civil Action No. **3:14-cv-0153 Sec P**

Judge _____

Magistrate Judge _____

# COMPLAINT
## PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983

I. **Previous Lawsuits**

a. Have you begun any other lawsuit while incarcerated or detained in any facility?

Yes [ ]   No [✓]

b. If your answer to the preceding question is "Yes," provide the following information.

1. State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

_____

2. Name the parties to the previous lawsuit(s):

Plaintiffs: _____

Defendants: _____

3. Docket number(s): _____

4. Date(s) on which each lawsuit was filed: _____

5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

_____

(Rev. 5/1/13)

 c. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

  Yes ☐   No ☑

  If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

  _____

  _____

II. a. **Name of institution and address of current place of confinement:**

  MAdison Detention Center, 158 Treatment Plant Rd, Tallulah LA 71282

 b. Is there a prison grievance procedure in this institution?

  Yes ☑   No ☐

  1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

   Yes ☑   No ☐

  2. If you did not file an administrative grievance, explain why you have not done so.

   _____

   _____

  3. If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

   I filed the ARP with the facility, but the facility never answered it.

   Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III. **Parties to Current Lawsuit:**

 a. Plaintiff, Zenas Fruge

  Address Madison Detention Center, 158 Treatment Plant Rd, Tallulah LA 71282

(Rev. 5/1/13)

b. Defendant, _Larry Cox_, is employed as _The Sheriff_ at _Madison Detention Center_.

Defendant, _Antonio Johnson_, is employed as _Warden Major_ at _Madison Detention Center_.

Defendant, _____, is employed as _____ at _____.

Additional defendants, _____

## IV. Statement of Claim

State the **FACTS** of your case. Specifically desc[ribe the action]s of each named defendant. Include the names of all [...] ent(s) or condition(s) giving rise to this lawsuit, and the d[ate...] where the incident(s) and/or condition(s) occurred. YO[U MUST SET] FORTH ONLY FACTUAL ALLEGATIONS. YOU A[RE NOT TO SET] FORTH LEGAL THEORIES OR ARGUMENTS.

On November 1, 2013, I filed an ARP to Warden Major Johnson and Sheriff Larry Cox informing them that I'm a non smoker. I am housed at a non smoking facility but they sell cigarettes on the canteen. I'm locked in a dorm 24 hours a day with no ventailation. I constantly get sick with sinus and chest colds due to second hand smoke,(ETS) "environmental Tobacco smoke". I also am unable to order books or magazines to better myself mentally, due to censorship of publication. An, i've seen multiple people get beat up and stabbed. In which the end result is broken jaws, noses, and fractured eye sockets. Including myself and the guards never come in an stop it due to negligence and lack of security because they are under staffed. Its been almost three months and nobody has answered it. I'm emotionally distraught and paronoid. My amendment rights have been violated. Page 3 of 4 An, i've been exposed to future deathrimental Health Conditions.

(Rev. 5/1/13)

## V. Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

I request to be transferred to a non smoking dorm. I also request to be able to order books an monetary damages in the sum of 200,000 dollars.

## VI. Plaintiff's Declaration

a. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c. If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this 23 day of Jan. , 20 14 .

18872

Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)

Signature of Plaintiff

Zenas Fruge' #188972
Building 4, Dorm C, Bed #66
158 Treatment Plant Rd.
Tallulah, LA. 71282

RECEIVED
JAN 30 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY ___

Clerk, United States District Court
Western District of Louisiana
U.S. Courthouse
300 Fannin St. Suite 1167
Shreveport, LA. 71101-3083

X-RAY


