UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ZENAS FRUGE | CIVIL ACTION NO. 14-0153 |
| LA. DOC #438045 | SECTION P |
| | |
| VERSUS | JUDGE ROBERT G. JAMES |
| | |
| LARRY COX, ET AL. | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections and responses thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, and DECREED that Defendants' Motion for Summary Judgment [Doc. No. 25], is GRANTED, and Plaintiff's Complaint [Doc. Nos. 1, 8] is DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies, but DISMISSED WITH PREJUDICE for purposes of proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915.

MONROE, LOUISIANA, this 4th day of March, 2015.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE